## Theodis HOLMES, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 101618

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: October 27, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied December 7, 2015

Srilant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Evan J. Buchheim, 221 West High St., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Theodis Holmes appeals the judgment entered upon his conviction, after a jury trial, of murder the in the first degree, in violation of § 565.020, RSMo[1], and one

cated.

count of armed criminal action, in violation of § 571.015. We have reviewed the briefs of the parties, the record on appeal, and the oral arguments by the parties and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Crim. Pro. 30.25(b) (2015).